# ALABAMA COURT OF CRIMINAL APPEALS



August 30, 2024

**CR-2023-0681**
Walker Coleman Barkley v. State of Alabama (Appeal from Lee Circuit Court: CC-22-381)

# NOTICE

You are hereby notified that on August 30, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk